| 208P12 | In the Matter of the Foreclosure of a Real Estate Deed of Trust from Eagles Nest, A John Turchin Co LLC (nka Eagles Nest Banner Elk, LLC), Eagles Nest Equestrian Ranches LLC and JAJST LLC dated January 30, 2008 and recorded on January 31, 2008 in Book 422 at Page 2710, as Modified by Modification of Deed of Trust recorded in Book RE 447 at Page 816 of the Avery County Public Registry by Turner Law Office, PA (Substitute Trustee) | 1. Respondents' (Eagle Nest, A John Turchin Company LLC (n/k/a Eagles Nest Banner Elk, LLC), Eagles Nest Equestrian Ranches LLC, JAJST LLC, and John Turchin) PWC to Review Order of COA (COA12-18)<br><br>2. Joint Motion to Dismiss Appeal | 1. - - -<br><br><br><br><br><br><br><br>2. Allowed **10/31/12** |
|---|---|---|---|
| 221P12 | In the Matter of the Foreclosure of the Nine Deeds of Trust of Marshall and Madeline Cornblum, Grantors William Richard Boyd, Jr., Substitute Trustee and In the Matter of the Foreclosure of the Three Deeds of Trust of Longbranch Properties, LLC, Grantor William Richard Boyd, Jr., Substitute Trustee | 1. Respondents' (Marshall Cornblum, Madeline Cornblum, Michael Cornblum, Carolyn Cornblum, and Longbranch Properties, LLC) PDR Under N.C.G.S. § 7A-31 (COA11-534)<br><br>2. Claimant's (United Community Bank) Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Claimant's (United Community Bank) PDR Under N.C.G.S. § 7A-31<br><br>4. Respondents' (Marshall Cornblum, Madeline Cornblum, Michael Cornblum, Carolyn Cornblum, and Longbranch Properties, LLC) Motion to Dismiss PDR<br><br>5. Claimant's (United Community Bank) Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA<br><br>6. Claimants' Motion for Temporary Stay<br><br><br><br>7. Claimants' Petition for *Writ of Supersedeas* | 1. Denied<br><br><br><br><br><br>2. Dismissed as Moot<br><br>3. - - -<br><br><br>4. Allowed<br><br><br><br><br>5. Denied<br><br><br><br><br>6. Allowed **07/06/12**; Dissolved the Stay **12/12/12**<br><br><br>7. Denied |

| | | | |
|---|---|---|---|
| 221P12, cont'd | | 8. Claimants' Motion to Amend PDR / PWC to Include Additional Authority | 8. Allowed |
| | | 9. Respondents' Motion to Dissolve Temporary Stay | 9. Dismissed as Moot |
| | | 10. Respondents' Motion to Expunge Affidavit of Esther Manheimer | 10. Denied |
| 222P12 | State v. William Daniel Thomas | Def's PDR Under N.C.G.S. § 7A-31 (COA11-832) | Denied |
| 239P12 | State v. Brandon Z. Joyner | Def's *Pro Se* PWC to Review Order of COA (COAP12-334) | Dismissed |
| 241P09-3 | State v. William Edward McKoy a/k/a Billy Ray McKoy | 1. Def's *Pro Se* PWC to Review the Decision of the COA (COA08-923) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| | | | **Jackson, J., Recused** |
| 241P11-2 | State v. Delton Maynor | 1. Def's *Pro Se* Motion for NOA (COAP12-266) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Proceed In Forma Pauperis | 3. Allowed |
| | | 4. Def's *Pro Se* Motion for NOA | 4. Dismissed *Ex Mero Motu* |
| | | 5. Def's *Pro Se* Motion for PDR | 5. Dismissed |
| | | 6. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 6. Allowed |
| 243P12 | The North Carolina Farm Bureau Mutual Insurance Company v. Cully's Motorcross Park, Inc. and Laurie Volpe | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA11-651) | 1. Allowed |
| | | 2. N.C. Association of Defense Attorneys' Motion for Leave to File *Amicus* Brief | 2. See Special Order **12/7/12** |